United States District Court
Southern District of Texas
**ENTERED**
November 03, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| GRP TRANSPORT, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:25-CV-143 |
| | § | |
| ADALBERTO TREVINO-CASTILLO, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Came on to be considered the Parties' Joint Motion To Extend Discovery Deadline [Dkt. No. 38].

It is, therefore, ORDERED, ADJUDGED, and DECREED that the deadline to complete all discovery as set forth in the Rule 16 Scheduling order [Dkt. No. 27] is hereby EXTENDED to November 21, 2025.

SO ORDERED November 3, 2025, at McAllen, Texas.

Randy Crane
Chief United States District Judge

1 / 1